1  Theodore S. Flier, Esq.
   State Bar No.  23734
2  FLIER AND FLIER
   15821 Ventura Boulevard, Suite 567
3  Encino, California 91436
   (818) 990-9500
4  Fax: (818) 990-1303

5  Attorney for Defendant
   RAFIK MIKAYELYAN
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )     NO. 2:01-CR-0304-MCE
                                    )
12              Plaintiff,          )     [PROPOSED] ORDER TO EXONERATE
                                    )     PROPERTY BOND
13       v.                         )
                                    )
14 RAFIK MIKAYELYAN,                )
                                    )
15              Defendant.          )
                                    )
16 _____

17     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the bond in this matter be

18 exonerated and the reconveyance of the deed of trust be issued forthwith.

19 Dated: October 13, 2005

20

21

22                                  _____
                                    MORRISON C. ENGLAND, JR
23                                  UNITED STATES DISTRICT JUDGE

24

25

26

27

28